UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHERIE DEBONO and VICTORIA BARBER individually and on behalf of all others similarly situated,<br><br>,<br><br>v.<br><br>CEREBRAL, INC., | CASE NO. 3:22-CV-03378<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
|---|---|

**[PROPOSED] ORDER**

The Court hereby approves the parties' Stipulation and Defendant's deadline to respond to the Complaint is extended to August 15, 2022.

**IT IS SO ORDERED.**

Dated: July 13, 2022

_____
Honorable Alex G. Tse
United States Magistrate Judge